IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JAMIE CRUZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:14-0623 |
| | ) | Judge Trauger |
| RCA RECORD LABEL, BIG MACHIN RECORD | ) | Magistrate Judge Knowles |
| LABEL, MTV NETWORK, VH1 NETWORK, | ) | |
| and MILEY CYRUS, musical artist, | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

The court is in receipt of a letter along with an unopened piece of mail addressed to Mr. Cruz from plaintiff Jamie Cruz dated March 18, 2014.

It is hereby **ORDERED** that the Clerk shall file this letter as part of the record in this case. The Clerk is further directed to furnish to counsel for all parties a copy of the letter and this Order.

It is so **ORDERED.**

Enter this 26th day of March 2014.

_____
ALETA A. TRAUGER
U.S. District Judge