IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JAMIE CRUZ | ) | |
| | ) | |
| v. | ) | Civil No. 3:14-0623 |
| | ) | Judge Trauger/Knowles |
| RCA RECORD LABEL, et al. | ) | |

**O R D E R**

Pursuant to the Order entered March 19, 2014, by Judge Trauger, this case was referred to the Magistrate Judge for "case management, decision on all pretrial, nondispositive motions and report and recommendation on all dispositive motions under 28 U.S.C. § 636(b)(1) and to conduct any necessary proceedings under Rule 72, Fed.R.Civ.P." Docket No. 22.

This case was transferred to the Middle District of Tennessee by the Honorable John E. Jones III for the Middle District of Pennsylvania on March 7, 2014. Docket No. 18. In that same Order, Judge Jones also granted the plaintiff's motion to proceed *in forma pauperis*.

Therefore, the Clerk is directed to send the Plaintiff a service packet [a blank summons and USM-285 form] for each Defendant named in this action. The Plaintiff shall complete the service packets and return them to the Clerk's Office within thirty (30) days of receipt of this Order. Once the service packets have been returned to the Clerk's Office, process shall issue to the Defendants. The Plaintiff is forewarned that failure to return the completed service packets within the time required could jeopardize his prosecution of this action. He is also forewarned that his prosecution of this action will be jeopardized should he fail to keep the Clerk's Office informed of his current address.

Upon completion of service of process, an appropriate scheduling order will be entered

for the progression of this case.

       IT IS SO ORDERED.

                                                                        _____
                                                                         E. CLIFTON KNOWLES
                                                                         United States Magistrate Judge