IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMIE CRUZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:14-0623 |
| ) | Judge Trauger |
| RCA RECORD LABEL, BIG MACHIN RECORD ) | Magistrate Judge Knowles |
| LABEL, MTV NETWORK, VH1 NETWORK, ) | |
| and MILEY CYRUS, musical artist, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

The court is in receipt of a "Motion And Brief in Support of Motion" from plaintiff Jamie Cruz on March 24, 2014.

It is hereby **ORDERED** that the Clerk shall file this "Motion and Brief in Support of Motion" as part of the record in this case. The Clerk is further directed to furnish to counsel for all parties a copy of the Motion And Brief in Support of Motion and this Order.

It is so **ORDERED.**

Enter this 26th day of March 2014.

_____
ALETA A. TRAUGER
U.S. District Judge