## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| JAMIE CRUZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:14-0623 |
| ) | Judge Trauger |
| RCA RECORD LABEL, BIG MACHIN RECORD ) | Magistrate Judge Knowles |
| LABEL, MTV NETWORK, VH1 NETWORK, ) | |
| and MILEY CYRUS, musical artist, ) | |
| ) | |
| Defendants. ) | |

## O R D E R

On July 30, 2015, the Magistrate Judge issued a Report and Recommendation (Docket No. 127), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion to Dismiss filed by all defendants except "Mike Will I Made It" (Docket No. 93) is **GRANTED**.

This case is returned to the Magistrate Judge for further handling under the original referral order.

It is so **ORDERED.**

Enter this 24th day of August, 2015.

_____
ALETA A. TRAUGER
U.S. District Judge