IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMIE CRUZ, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )    CASE NO. 3:14-0623 |
| | )    JUDGE TRAUGER/KNOWLES |
| RCA RECORD LABEL, et al., | ) |
| | ) |
|     Defendants. | ) |

## REPORT AND RECOMMENDATION

On July 30, 2015, the undersigned entered an Order requiring Plaintiff to file a Response within 20 days showing good cause for his failure to serve Defendant "Mike Will I Made it" a/k/a Michael Len Williams II, within 120 days after the filing of the Complaint, as required by Fed. R. Civ. P. 4(m). Docket No. 129. The undersigned's Order stated in relevant part, "If Plaintiff fails to comply with the provisions of this Order, the undersigned will recommend that this action be dismissed without prejudice as to Defendant "Mike Will I Made It" a/k/a Michael Len Williams II. *Id*.

As of the date of entry of the instant Order, Plaintiff has failed to comply with the Court's Order referred to above.

For the foregoing reasons, the undersigned recommends that this action be DISMISSED WITHOUT PREJUDICE as to Defendant "Mike Will I Made It" a/k/a Michael Len Williams II. Furthermore, since the referenced Defendant is the only remaining Defendant in this action, the undersigned recommends that this case be closed.

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has fourteen (14) days after service of this Report and Recommendation in which to file any written objections to this Recommendation with the District Court. Any party opposing said objections shall have fourteen (14) days after service of any objections filed to this Report in which to file any response to said objections. Failure to file specific objections within fourteen (14) days of service of this Report and Recommendation can constitute a waiver of further appeal of this Recommendation. *See Thomas v. Arn,* 474 U.S. 140, 106 S.Ct. 466, 88 L. Ed. 2d 435 (1985), *reh'g denied*, 474 U.S. 1111 (1986); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

E. Clifton Knowles
United States Magistrate Judge