IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JAMIE CRUZ, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 3:14-cv-0623 |
| | ) | Judge Trauger |
| v. | ) | Magistrate Judge Knowles |
| | ) | |
| MIKE WILL I MADE IT, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On August 25, 2015, the Magistrate Judge issued a Report and Recommendation (DE #134), to which no timely objections have been filed. The Report and Recommendation is thereby ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the claims against defendant "Mike Will I Made It" a/k/a Michael Len Williams II are DISMISSED WITHOUT PREJUDICE.

This order constitutes the judgment in this case.

It is so **ORDERED**.

Enter this 15th day of September 2015.

_____
ALETA A. TRAUGER
U.S. District Judge